**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ALEXANDER J. WILLIAMS, *individually and as next friend of* X.W., | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. H-23-302 |
| v. | § § | |
| CHRISTOPHER W. BOLIN, *et al.*, | § § | |
| Defendants. | § § § | |

**MEMORANDUM ON DISMISSAL**

On February 5, 2024, this court granted in part the defendants' motions to dismiss. (Docket Entry No. 54). The only remaining claims are the excessive-force and punitive-damages claims against Deputies Bolin and Kerrigan. In May 2024, Deputies Bolin and Kerrigan amended their answers. (Docket Entry Nos. 60, 61). This case has not moved forward since then.

A district court may dismiss a lawsuit for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* FED. R. CIV. P. 41(b). "This authority is based on the courts' power to manage and administer their own affairs to ensure the orderly and expeditious disposition of cases." *Lewis v. Sheriff's Dept. Bossier Parish*, 478 F. App'x 809, 815 (5th Cir. 2012) (per curiam) (internal quotation marks and citation omitted); *see also Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018) (explaining that a district court may dismiss an action for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action for failure to comply with court orders).

Williams's failure to prosecute this case for more than a year and a half forces the court to conclude that he lacks diligence. Under the court's general power to manage its docket, this case

is dismissed with prejudice for want of prosecution. Williams is advised that he may obtain relief from this order if he makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes demonstrating good cause justifying his failure to prosecute.

This case is dismissed.

SIGNED on November 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge