United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDER J. WILLIAMS, *individually and as next friend of* X.W., | § § § § |
| Plaintiffs, | §   CIVIL ACTION NO. H-23-302 |
| v. | § § |
| CHRISTOPHER W. BOLIN, *et al.*, | § § |
| Defendants. | § § § |

## FINAL JUDGMENT

For the reasons set out in this court's Memorandum on Dismissal entered on November 12, 2025, this civil action is dismissed with prejudice. This is a final judgment.

SIGNED on November 12, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge