IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDER J. WILLIAMS, individually and as next friend of XW, minor,<br>    *Plaintiffs,*<br><br>v.<br><br>DEPUTY BOLIN individually, and in his official capacity; DEPUTY DANIEL KERRIGAN individually, and in his official capacity; DEPUTY PENN individually, and in his official capacity; HARRIS COUNTY, TEXAS; HARRIS COUNTY SHERIFF ED GONZALEZ individually, and in his official capacity,<br>    *Defendants.* | CIVIL ACTION NO. 4:23-CV-00302<br><br>JURY DEMANDED<br><br><br><br>HON. LEE H. ROSENTHAL |

## DEFENDANT CHRISTOPHER BOLIN'S
## OPPOSITION TO REOPENING CASE

TO THE HONORABLE JUDGE ROSENTHAL:

Now comes Defendant Christopher Bolin and files his Opposition to Reopening this case and respectfully shows the Court the following:

**I.**

1. Bolin's response to Docket Entry (DE ) 69 is due on December 29, 2025. Bolin reserves the right to file a response by that deadline in necessary. However, since the Court scheduled a hearing for December 11, 2025, Bolin makes known his support of the Court's dismissal.

2. Plaintiff filed suit in State Court on November 29, 2022. Docket Entry DE 1.

3. The Harris County removed the case to Federal court on January 27, 2023. The parties engaged in extensive litigation throughout 2023. DE 2-53.

4. By February 5, 2024, the Court dismissed all claims except for excessive force and punitive damages claims against Deputies Bolin and Kerrigan. DE 54.

5. The Court dismissed the case on November 12, 2025, for want of prosecution. The standard of review for a dismissal based on want of prosecution is abuse of discretion. The Court has inherent authority to manage its docket. E.g. *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018)

6. Plaintiff's deposition occurred on December 20, 2024. The parties have not engaged in any litigation activities since then. The only documents that have been filed since then are vacation notices. Approximately eleven months elapsed between the Plaintiff's deposition and the Court's dismissal.

7. Plaintiff has not made a settlement demand.

8. Plaintiff asserts discovery is complete and he is ready to proceed to trial. DE 69. Consequently, there was no legal or factual basis to support an 11-month period of no activity.

9. Should the Court reopen the case, Defendant stands ready to proceed with a dispositive motion. Plaintiff cannot succeed in this lawsuit due to, at a minimum, the de minimis injury/force rule.

## II. CONCLUSION

WHEREFORE, premises considered, Defendant Chrisopher Bolin prays that the Court deny the Motion to Vacate Dismissal with Prejudice and Reopen Case.

Date: December 10, 2025.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS

By:    */s/ Frank J. Ford*
      **FRANK J. FORD**
      Assistant County Attorney
      ATTORNEY-IN-CHARGE
      State Bar No. 24012642
      Fed. Bar No. 565385
      Phone: (713) 274-5166 (direct)
      frank.ford@harriscountytx.gov

By: */s/ Frank J. Ford*
**FRANK J. FORD**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24012642
Fed. Bar No. 565385
Phone: (713) 274-5166 (direct)
frank.ford@harriscountytx.gov

**SUSANNAH MITHAM**
Assistant County Attorney
State Bar No. 24107219
Fed Bar No. 3640160
Tel: (713) 274-5383 (direct)
Susannah.Mitcham@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Phone: (713) 274-5166 (direct)

**ATTORNEYS FOR DEFENDANT**
**CHRISTOPHER BOLIN**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Frank Ford*
FRANK FORD

By:   */s/ Frank J. Ford*
     **FRANK J. FORD**
     Assistant County Attorney
     ATTORNEY-IN-CHARGE
     State Bar No. 24012642
     Fed. Bar No. 565385
     Phone: (713) 274-5166 (direct)
     frank.ford@harriscountytx.gov

**SUSANNAH MITHAM**
Assistant County Attorney
State Bar No. 24107219
Fed Bar No. 3640160
Tel: (713) 274-5383 (direct)
Susannah.Mitcham@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Phone: (713) 274-5166 (direct)

**ATTORNEYS FOR DEFENDANT**
**CHRISTOPHER BOLIN**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Frank Ford*
FRANK FORD